

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00254-CR

**JASON ALAN MCCONNELL,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law No. 1
### Brazos County, Texas
### Trial Court No. 15-03699-CRM-CCL1

## REINSTATEMENT ORDER

Appellant's brief was originally due February 26, 2018. In an order issued June 27, 2018, we abated the appeal to the trial court to conduct any necessary hearings pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3). A hearing was held, and the trial court recommends that appellant be permitted to file his brief by August 1, 2018.

Accordingly, this appeal is reinstated, and appellant's brief is ORDERED to be filed by August 1, 2018. If no brief is filed by that date, this appeal will again be abated to the trial court.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Order issued and filed July 18, 2018

